# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICIA KENNEDY, individually,<br>    Plaintiff,<br>v.<br><br>PMAT PRADO LLC, a Florida limited liability company, ISRAM PRADO, LLC, a Florida limited liability company, CLASSIC IMAGE SALON INC., a Florida profit corporation, WILFORD & LEE, INC., a Florida profit corporation, 4 UR NAILS & SPAS L.L.C., a Florida limited liability company, and CORONADO FOODS, INC., a Florida profit corporation,<br>    Defendants. | )<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)   2: 15-CV- 801 -FtM- 99 CM |

### SUMMONS IN A CIVIL ACTION

To:     4 UR NAILS & SPAS L.L.C.
        c/o
        HAI S. NGUYEN
        3416 PRIMROSE CT., 205
        PALM BEACH GARDENS, FL 33410

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Andrew C. Enfield, Esq.
        **THOMAS B. BACON, P.A.**
        1119 S. Ocean Drive
        Fort Pierce, FL 34949
        561-866-2912
        enfield@thomasbaconlaw.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Sherry Upshaw*

Date: 12/29/15

                                                      *Signature of Clerk or Deputy*